WING SHING PRODUCTS (BVI) CO. LTD., Plaintiff–Appellant,

v.

SUNBEAM PRODUCTS, INC., Defendant–Appellee,

and

Simatelex Manufactory Co., Ltd., Defendant–Appellee.

No. 2010–1039.

United States Court of Appeals, Federal Circuit.

May 5, 2010.

William Dunnegan, Dunnegan LLC, of New York, NY, argued for plaintiff-appellant.

Thomas F. Fleming, Kaye Scholer LLP, of New York, NY, argued for defendant-appellee Sunbeam Products, Inc.

Orrin K. Ames, III, Hand Arendall LLC, of Mobile, AL, for defendant-appellee Simatelex Manufactory Co., Ltd.

MAYER, GAJARSA, and MOORE, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.